In the Matter of STATE OF NEW YORK, Respondent, v DANIEL F., Appellant.

Submitted February 28, 2011; decided June 28, 2011

Motion for leave to appeal granted. Motion for poor person relief granted.

TOWN OF PUTNAM VALLEY et al., Respondents, v THOMAS CABOT et al., Defendants, and ALEXANDER KASPAR, Appellant.

Submitted May 9, 2011; decided June 28, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.